FILED

01/25/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0472

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Case No. DA 23-0472

CHARLES C. HILL, et al.

      Plaintiff,

v.

FRED ELLINGHOUSE, et al.

      Defendant.


BRADLEY LIVESTOCK, LC,

      Objector and Appellant,

v.

WILLIAM FRASER,

      Claimant and Appellee.

## ORDER

Pursuant to Appellee's Unopposed Motion for Second Extension of Time, and good cause appearing therefore:

IT IS HEREBY ORDERED that Appellee William Fraser is granted a two-week extension of time, up to and including February 20, 2024, in which to file its Response Brief.

Electronically signed and dated below.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 25 2024